IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOMINIC WHITE, DERIVATIVELY ON BEHALF OF ATP OIL & GAS CORPORATION, § § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 4:12-1465 |
| T. PAUL BULMAHN, *et al.*, § § | |
| Defendants. § | |

## ORDER

The Court has been advised that **ATP OIL & GAS CORPORATION** is under the protection of the automatic stay in Bankruptcy. Accordingly, the captioned case shall be **ADMINISTRATIVELY CLOSED**. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate. A copy of this Order shall be attached as an exhibit to any motion to reinstate.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the ___ day of September, 2012, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**